FILED
2024 Mar-27  PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| **ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CASE NO.: 7:22-cv-00791-ACA** |
| **DELTA OIL SERVICES, INC.; LOGAN HAYES; LUCAS HAYES; PRO DEVELOPMENT, LLC; TRACI FERGUSON; EMILY BURNS; CLAY CRISS; MARCUS DENT; AUDREY HIGGINS; PATRICK HIGGINS; STEPHANIE LEE; JULIE NICHOLSON; TROY NICHOLSON; JASON SHAW; ANNETTE SHERRILL; MARCUS SHERRILL; JONAH WIBLE; & LANCE WILLIS,** | § § § § § § § § § § § § § § § | |
| **Defendants.** | § | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to the dismissal of this action, without prejudice, with each party to bear its own costs.

Respectfully submitted,

s/ Seth T. Hunter
Brenen G. Ely (ASB-0366-E54B)
Seth T. Hunter (ASB-8506-S76H)
Counsel for Allied World Surplus
Lines Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Telephone: (205) 313-1200
Facsimile: (205) 313-1201
bely@elylawllc.com
shunter@elylawllc.com

s/ Jeffrey C. Smith[1]
Jeffrey C. Smith (ASB-02310-H69J)
Counsel for Delta Oil Services, Inc.,
Logan Hayes, and Lucas Hayes

**OF COUNSEL:**
JEFFREY SMITH LAW, LLC
1490 Northbank Parkway, Suite 206
Tuscaloosa, Alabama 35406
Telephone: (205) 225-9798
jeff@jeffreysmithllc.com

s/ J. Michael Comer[2]
J. Michael Comer
Counsel for Pro-Built Development,
LLC

**OF COUNSEL:**
PATTERSON COMER LAW FIRM
303 Main Avenue, Suite A
Northport, Alabama 35476
Telephone: (205) 759-3939
jmikecomer@yahoo.com

---

[1] Electronic signature affixed with permission from Jeffrey C. Smith.
[2] Electronic signature affixed with permission from J. Michael Comer.

s/Robert F. Prince[3]
Robert F. Prince
Counsel for Homeowner Defendants

**OF COUNSEL:**
PRINCE, GLOVER & HAYES
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, AL 35406
Telephone: (205) 345-1234
Facsimile: (205) 752-6313
rprince@princelaw.net

---

[3] Electronic signature affixed with permission from Robert F. Prince.